DENIED
SEE NOTE BELOW BY COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JANICE CASTILLO | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:23-cv-00559-JFW (JDEx) |
| v. | |
| CFAM FINANCIAL SERVICES, LLC, et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

CFAM Financial Services, LLC        ☐ Plaintiff  ☒ Defendant  ☐ Other _____
_____
*Name of Party*

to substitute  Lisa Simonetti _____ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

1840 Century Park East, Suite 1900 _____
                        *Street Address*

Los Angeles _____        simonettil@gtlaw.com _____
        *City, State, Zip*                        *E-Mail Address*

(310) 586-7700 _____        (310) 586-7800 _____        165996 _____
        *Telephone Number*                *Fax Number*                *State Bar Number*

as attorney of record instead of  Timothy J. Silverman and Taylor E. Hubbard _____
                        *List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**    ☐ **GRANTED**    ☒ **DENIED**    **Violates paragraph 3c of the Court's Scheduling and Case Management Order [23]. Counsel may resubmit a new corrected request.**

**DENIED**

Dated    1/5/24 _____        _____
                                U. S. District Judge/~~U.S. Magistrate Judge~~